# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FREDDY LORENZO ADAMS**              CASE NO.:

**Plaintiff,**

**v.**

**LIFE CARE CENTERS OF AMERICA,
INC.
d/b/a LIFE CARE CENTER OF OCALA**

**Defendant.**
_____/

## DECLARATION OF VIRGINIA JONES IN SUPPORT OF DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

STATE OF FLORIDA            )

COUNTY OF DUVAL            )

I, Virginia Jones, being over 18 years of age and competent to testify as to the following matters contained herein, declare and state as follows upon personal knowledge:

1.      I hold the position of Paralegal with Jackson Lewis P.C.

2.      On February 12, 2024, I obtained a LexisNexis Accurint for Legal Professionals Comprehensive Report ("Accurint Report") regarding Plaintiff, Freddy Lorenzo Adams ("Plaintiff"). The Accurint Report shows that Plaintiff's active address, as of December 2023, was in Palatka, Florida. Attached as **Exhibit "1"** is a

true and correct copy of the Accurint Report, with private and confidential information redacted.

3.      The Accurint Report shows that Plaintiff is actively registered to vote in the State of Florida and has been exclusively registered to vote in Florida since 1999.

4.      The Accurint Report further shows Plaintiff has owned at least  four (4) vehicles, all registered in the State of Florida, and that Plaintiff maintains an active Driver's License issued by the State of Florida on January 6, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February 2024.


*Virginia Jones*
VIRGINIA JONES

# EXHIBIT 1

 **LexisNexis®**
RISK SOLUTIONS

## Accurint® for Legal Professionals

**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

## Comprehensive Report

**Date:** 02/12/24
**Reference Code:** 592533

**Report Legend:**

**S** - Shared Address

**D** - Deceased

**✓** - Probable Current Address

**Report processed by:**
Jackson Lewis - New York City
666 Third Avenue
New York, NY 10017
212-545-4059 Main Phone
212-509-5717 Fax

### Subject Information
**(Best Information for Subject)**
Name: **FREDDY LORENZO ADAMS**
Date of Birth: ▮▮▮▮
Age: **44**
SSN: ▮▮▮▮▮▮▮▮▮ issued in **Florida** between

### AKAs
**(Names Associated with Subject)**

**FREDDY LORENZO ADAMS**
  Age: **44**  SSN: ▮▮▮▮▮▮▮
**FREDDY L ADAMS**
  Age: **44**  SSN: ▮▮▮▮▮▮▮
**FREDDY L ADAMS**
  Age: **43**  SSN: ▮▮▮▮▮▮▮
**FREDDY ADAMS**
  Age: **44**  SSN: ▮▮▮▮▮▮▮
**FREDDY I ADAMS**
  Age: **43**  SSN: ▮▮▮▮▮▮▮
**FREDERICK R ADAMS**
  Age: **44**  SSN: ▮▮▮▮▮▮▮
**FREDDIE L ADAMS**
  Age: **44**  SSN: ▮▮▮▮▮▮▮
**FREDDIE ADAMS**
  Age: **44**  SSN: ▮▮▮▮▮▮▮
**LORENZO ADAMS**
  Age: **43**  SSN: ▮▮▮▮▮▮▮
**FREDDIE ADAM**
  Age: **43**  SSN: ▮▮▮▮▮▮▮
**FREDDY ADAM**
  Age: **43**  SSN: ▮▮▮▮▮▮▮

### Indicators

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**

### Comprehensive Report Summary:

Bankruptcies:
  None Found
Liens and Judgments:
  1 Found
UCC Filings:
  None Found
Phones Plus:
  6 Found
Email Address:
  3 Found
Driver´s License:
  15 Found
Address(es) Found:
  1 Verified and 24 Non-Verified Found

Possible Properties Owned:
  3 Found
Motor Vehicles Registered:
  4 Found
Watercraft:
  None Found
FAA Certifications:
  None Found
FAA Aircrafts:
  None Found
Possible Criminal Records:
  2 Found
Sexual Offenses:
  None Found
Professional Licenses:
  None Found
Voter Registration:
  5 Found
Concealed Weapons Permit:
  None Found
Possible Associates:
  15 Found

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
  [None Found]

**Address Summary:**

PALATKA, FL 32177-3349, PUTNAM COUNTY (Sep 2022 - Dec 2023)
PALATKA, FL 32178-1472, PUTNAM COUNTY (Aug 2022 - Aug 2023)
OCALA, FL 34475-6765, MARION COUNTY (May 2023 - Jan 2024)
PALATKA, FL 32177-2822, PUTNAM COUNTY (Dec 2021 - May 2023)
PALATKA, FL 32177-6428, PUTNAM COUNTY (Nov 2020 - Feb 2022)
PALATKA, FL 32177-4758, PUTNAM COUNTY (Feb 2021)
PALATKA, FL 32177-9633, PUTNAM COUNTY (Sep 2020)
WILDWOOD, FL 34785-3953, SUMTER COUNTY (Apr 1991 - Aug 2021)
BROOKSVILLE, FL 34601, HERNANDO COUNTY (Feb 2013)
DADE CITY, FL 33525-3545, PASCO COUNTY (Apr 2012 - Jul 2012)
DADE CITY, FL 33525-4059, PASCO COUNTY (Aug 2007 - Apr 2012)
TAMPA, FL 33617, HILLSBOROUGH COUNTY (Apr 2004 - Jan 2010)
WILDWOOD, FL 34785-3921, SUMTER COUNTY (May 2009)
WILDWOOD, FL 34785, SUMTER COUNTY (Nov 2009)
BROOKSVILLE, FL 34602-7424, HERNANDO COUNTY (Oct 2007 - Nov 2023)
ZEPHYRHILLS, FL 33541-0954, PASCO COUNTY (Feb 2008 - Jan 2009)
BROOKSVILLE, FL 34602-7202, HERNANDO COUNTY (Feb 2008 - Dec 2008)
BROOKSVILLE, FL 34601-3938, HERNANDO COUNTY (Apr 2005 - Aug 2006)
TAMPA, FL 33612-4854, HILLSBOROUGH COUNTY (Mar 2003 - Mar 2005)
DADE CITY, FL 33523-2234, PASCO COUNTY (Aug 1998 - Nov 2012)
BUSHNELL, FL 33513-4410, SUMTER COUNTY (Dec 2006)
LUTZ, FL 33559-3430, HILLSBOROUGH COUNTY
PALATKA, FL 32177-4759, PUTNAM COUNTY (Jan 2021)
TAMPA, FL 33619-1841, HILLSBOROUGH COUNTY (Jan 2010)
DADE CITY, FL 33525-1520, PASCO COUNTY (Jun 2007)

**Active Address(es):**
PALATKA, FL 32177-3349, PUTNAM COUNTY (Sep 2022 - Dec 2023)
  **Name Associated with Address:**

FREDDY L ADAMS

**Current Residents at Address:**

FREDDY L ADAMS

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 42-10-27-6850-1990-0300

Book - 1118

Page - 1750

Owner Name: MARK I VINCIGUERRA

Property Address: - _____ PALATKA, FL 32177-3349, PUTNAM COUNTY



**<span style="color:red">Previous And Non-Verified Address(es):</span>**

 PALATKA, FL 32178-1472, PUTNAM COUNTY (Aug 2022 - Aug 2023)

**Name Associated with Address:**

FREDDY LORENZO ADAMS

_____ OCALA, FL 34475-6765, MARION COUNTY (May 2023 - Jan 2024)

**Name Associated with Address:**

FREDDY ADAMS



PALATKA, FL 32177-2822, PUTNAM COUNTY (Dec 2021 - May 2023)
**Name Associated with Address:**
FREDDY L ADAMS
**Current Residents at Address:**

PALATKA, FL 32177-6428, PUTNAM COUNTY (Nov 2020 - Feb 2022)
**Name Associated with Address:**
FREDDY L ADAMS

PALATKA, FL 32177-4758, PUTNAM COUNTY (Feb 2021)
**Name Associated with Address:**
LORENZO ADAMS

PALATKA, FL 32177-9633, PUTNAM COUNTY (Sep 2020)
**Name Associated with Address:**
LORENZO ADAMS

██████████ WILDWOOD, FL 34785-3953, SUMTER COUNTY (Apr 1991 - Aug 2021)

**Name Associated with Address:**

FREDDY L ADAMS

████████

**Property Ownership Information for this Address**

**Property:**

Parcel Number - G06M005

Book - 3245

Page - 428

Owner Name: FREDDY ADAMS

Owner Name 2: ██████████

Property Address: - ████████ WILDWOOD, FL 34785-3953, SUMTER COUNTY

Owner Address: ██████ WILDWOOD, FL 34785-3953, SUMTER COUNTY

████████ BROOKSVILLE, FL 34601, HERNANDO COUNTY (Feb 2013)

**Name Associated with Address:**

LORENZO ADAMS

████████ DADE CITY, FL 33525-3545, PASCO COUNTY (Apr 2012 - Jul 2012)

**Name Associated with Address:**

LORENZO ADAMS

█████████████ DADE CITY, FL 33525-4059, PASCO COUNTY (Aug 2007 - Apr 2012)

**Name Associated with Address:**
LORENZO ADAMS



TAMPA, FL 33617, HILLSBOROUGH COUNTY (Apr 2004 - Jan 2010)
**Name Associated with Address:**
FREDDY L ADAMS

WILDWOOD, FL 34785-3921, SUMTER COUNTY (May 2009)
**Name Associated with Address:**
LORENZO ADAMS

402 ▮▮▮▮▮▮ WILDWOOD, FL 34785, SUMTER COUNTY (Nov 2009)
**Name Associated with Address:**
FREDDY L ADAMS

BROOKSVILLE, FL 34602-7424, HERNANDO COUNTY (Oct 2007 - Nov 2023)
**Name Associated with Address:**
FREDDY L ADAMS

ZEPHYRHILLS, FL 33541-0954, PASCO COUNTY (Feb 2008 - Jan 2009)
**Name Associated with Address:**
FREDDY L ADAMS

█████████ BROOKSVILLE, FL 34602-7202, HERNANDO COUNTY (Feb 2008 - Dec 2008)

**Name Associated with Address:**
FREDDY L ADAMS

████████████████ BROOKSVILLE, FL 34601-3938, HERNANDO COUNTY (Apr 2005 - Aug 2006)

**Name Associated with Address:**
FREDDY L ADAMS



████████████ TAMPA, FL 33612-4854, HILLSBOROUGH COUNTY (Mar 2003 - Mar 2005)
**Name Associated with Address:**
FREDDY LORENZO ADAMS

████████████ DADE CITY, FL 33523-2234, PASCO COUNTY (Aug 1998 - Nov 2012)
**Name Associated with Address:**
FREDERICK R ADAMS

████████████ BUSHNELL, FL 33513-4410, SUMTER COUNTY (Dec 2006)
**Name Associated with Address:**
FREDDY L ADAMS

█████████ LUTZ, FL 33559-3430, HILLSBOROUGH COUNTY

**Name Associated with Address:**
FREDDY L ADAMS

█████████ PALATKA, FL 32177-4759, PUTNAM COUNTY (Jan 2021)

**Name Associated with Address:**
LORENZO ADAMS

█████████ TAMPA, FL 33619-1841, HILLSBOROUGH COUNTY (Jan 2010)

**Name Associated with Address:**
FREDDY L ADAMS



███████████████ DADE CITY, FL 33525-1520, PASCO COUNTY (Jun 2007)
**Name Associated with Address:**
FREDDY I ADAMS

**Bankruptcies:**

[None Found]

**Liens and Judgments:**



**UCC Filings:**
[None Found]





**Driver´s License Information:**

Name: FREDDY LORENZO ADAMS
DL Number: ███████
State: Florida
License Address: ██████ WILDWOOD, FL 34785-3953, SUMTER COUNTY
DOB: ████
Potential SSN : ██████
Gender: Male
Ethnicity: BLACK
Expiration Date: ███ /2029
Issue Date: 01/06/2021
License Type: DRIVER LICENSE
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental

Name: FREDDY LORENZO ADAMS
DL Number: ███████
State: Florida
License Address: ██████ WILDWOOD, FL 34785-3953, SUMTER COUNTY
DOB: ████
Potential SSN : ██████
Gender: Male
Ethnicity: BLACK
Expiration Date: ███ 2029
Issue Date: 01/06/2021
License Type: RENEWAL
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ███████
State: Florida
License Address: ██████ PALATKA, FL 32177-6428, PUTNAM COUNTY
DOB: ████
Potential SSN : ██████
Gender: Male
Ethnicity: BLACK
Expiration Date: ███ /2029
Issue Date: 01/06/2021
License Type: DRIVER LICENSE
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental

Name: FREDDY LORENZO ADAMS
DL Number: ███████
State: Florida
License Address: ██████ PALATKA, FL 32177-3349, PUTNAM COUNTY
DOB: ████
Potential SSN : ██████

Gender: Male
Ethnicity: BLACK
Expiration Date: ███/2029
Issue Date: 01/06/2021
License Type: DRIVER LICENSE
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ███████
State: Florida
License Address: ████████  PALATKA, FL 32178-1472, PUTNAM COUNTY
DOB: ██████
Potential SSN : ████████
Gender: Male
Ethnicity: BLACK
Expiration Date: ███/2029
Issue Date: 01/06/2021
License Type: DRIVER LICENSE
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ███████
State: Florida
License Address: ██████████  PALATKA, FL 32177-3349, PUTNAM COUNTY
DOB: ██████
Potential SSN : ████████
Gender: Male
Ethnicity: BLACK
Expiration Date: ███/2029
Issue Date: 01/06/2021
License Type: DRIVER LICENSE
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ███████
State: Florida
License Address: ███████  WILDWOOD, FL 34785-3953, SUMTER COUNTY
DOB: ██████
Potential SSN : ████████
Gender: Male
Ethnicity: BLACK
Expiration Date: ███/2021
Issue Date: 03/22/2013
License Type: RENEWAL
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ███████
State: Florida
License Address: ███████  WILDWOOD, FL 34785-3953, SUMTER COUNTY
DOB: ██████
Potential SSN : ████████
Gender: Male

Ethnicity: BLACK
Expiration Date: ██ 2021
Issue Date: 03/22/2013
License Type: DUPLICATE REPLACEMENT
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ██████████
State: Florida
License Address: ████████ WILDWOOD, FL 34785-3953, SUMTER COUNTY
DOB: ██████
Potential SSN : ████████
Gender: Male
Ethnicity: BLACK
Expiration Date: ██ /2021
Issue Date: 03/22/2013
License Type: DUPLICATE REPLACEMENT
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ██████████
State: Florida
License Address: ██████████ BROOKSVILLE, FL 34602-7202, HERNANDO COUNTY
DOB: ██████
Potential SSN : ████████
Gender: Male
Ethnicity: BLACK
Expiration Date: ██ 2013
Issue Date: 02/07/2008
License Type: ORIGINAL
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ██████████
State: Florida
License Address: █████████ WILDWOOD, FL 34785-4540, SUMTER COUNTY
DOB: █████
Potential SSN : ████████
Gender: Male
Ethnicity: BLACK
Expiration Date: ██ /2013
Issue Date: 02/07/2008
License Type: DUPLICATE REPLACEMENT
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ██████████
State: Florida
License Address: ██████████████ BROOKSVILLE, FL 34602-7424, HERNANDO COUNTY
DOB: █████
Potential SSN : ██████
Gender: Male
Ethnicity: BLACK

Expiration Date: ███ 2012
Issue Date: 10/29/2007
License Type: ORIGINAL
License Class: Identification Card
Height: 5´08
Data Source: Governmental

Name: FREDDY LORENZO ADAMS
DL Number: ██████
State: Florida
License Address: 12402 N 15TH ST, TAMPA, FL 33612-4825, HILLSBOROUGH COUNTY
DOB: ██████
Potential SSN : ██████
Gender: Male
Ethnicity: BLACK
Expiration Date: ███ 2007
Issue Date: 02/14/2003
License Type: RENEWAL
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ██████
State: Florida
License Address: 12402 N 15TH ST, TAMPA, FL 33612-4825, HILLSBOROUGH COUNTY
DOB: ██████
Potential SSN : ██████
Gender: Male
Ethnicity: BLACK
Expiration Date: ███ 2007
Issue Date: 02/14/2003
License Type: DUPLICATE
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: FREDDY LORENZO ADAMS
DL Number: ██████
State: Florida
License Address: ████████ DADE CITY, FL 33523-2234, PASCO COUNTY
DOB: ███ 1980
Potential SSN : ██████
Gender: Male
Ethnicity: BLACK
Expiration Date: ███ 2003
Issue Date: 10/30/1996
License Class: Non-Commercial - Regular Operator License
Height: 5´08
Data Source: Governmental
Restrictions:  Corrective Lenses

## Possible Properties Owned by Subject:

**Property:**

  Parcel Number - 42-10-27-6850-2480-0101
  Book - 1711
  Page - 74
  Owner Name: FREDDY ADAMS
  Property Address -
  Owner Address: ████████ PALATKA, FL 32178-1472, PUTNAM COUNTY
  Sale Date - ██████
  Sale Price - ███

**Property:**
    Parcel Number - G06M005
    Book - 3245
    Page - 428
    Owner Name: FREDDY ADAMS
    Owner Name 2: ██████████████
    Property Address: ███████████ WILDWOOD, FL 34785-3953, SUMTER COUNTY
    Owner Address: ████████ WILDWOOD, FL 34785-3953, SUMTER COUNTY
    Land Usage - MOBILE HOME
    Total Market Value - ████████
    Assessed Value - ██████
    Land Value - ████
    Improvement Value - █████
    Year Built - ████
    Legal Description - ██████████████
    Data Source - B

**Property:**
    Parcel Number - G06M005
    Book - 2491
    Page - 413
    Owner Name: FREDDY ADAMS
    Owner Name 2: ██████████
    Property Address: ███████████ WILDWOOD, FL 34785-3953, SUMTER COUNTY
    Owner Address: ██████████ WILDWOOD, FL 34785-3953, SUMTER COUNTY
    Sale Date - ████
    Sale Price - ████
    Seller Name: ██████████
    Data Source - A

**<span style="color:red">Motor Vehicles Registered To Subject:</span>**

**Vehicle:**
    Description: Blue 1992 Ford Escort - Sedan 4 Door
    VIN: ██████████████
    State Of Origin: FLORIDA
    Engine: 4 Cylinder 113 Cubic Inch
    Anti Lock Brakes: Not available
    Air Conditioning: Available
    Daytime Running Lights: Not available
    Power Brakes: Standard
    Power Windows: Available
    Security System: None
    Roof: None / not available
    Price: 9795
    Radio: AM/FM
    Front Wheel Drive: Yes
    Four Wheel Drive: No
    Data Source: Governmental

    *Owner(s)*
        Name: FREDDY LORENZO ADAMS
        Potential SSN 🛈: ██████████
        Address: ██████████ BROOKSVILLE, FL 34601-3938, HERNANDO COUNTY
        DOB: ████████
        Sex: Male
        Age: 44
        DL #: ██████████
        **Title Information**
            Title Number: ██████████
            Title Issue Date: 8/12/2005

*Registrant(s)*

Record Type: EXPIRED
Name: FREDDY LORENZO ADAMS
Potential SSN 🛈 :
Address: ██████████ BROOKSVILLE, FL 34601-3938, HERNANDO COUNTY
DOB: ████
Sex: Male
Age: 44
DL #: ██████
Tag Number: █████
Earliest Registration Date: 8/12/2005
Latest Registration Date: 2/9/2006
Expiration Date: 1/15/2007
Decal Date: 2007

*Lien Holder(s)*

Record Type: HISTORICAL
Company Name: VANS CARS AND TRUCKS
Lien Date: 7/14/2005

**Vehicle:**

Description: White 1988 Lincoln Town Car - Sedan 4 Door
VIN: ████████████
State Of Origin: FLORIDA
Engine: 8 Cylinder 302 Cubic Inch
Restraints: Active (manual) belts
Anti Lock Brakes: Not available
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 23126
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: FREDDY LORENZO ADAMS
Potential SSN 🛈 :
Address: ██████████ BROOKSVILLE, FL 34601-3938, HERNANDO COUNTY
DOB: ████
Sex: Male
Age: 44
DL #: ██████
**Title Information**
Title Number: ████████
Title Issue Date: 4/1/2005

*Registrant(s)*

Record Type: EXPIRED
Name: FREDDY LORENZO ADAMS
Potential SSN 🛈 :
Address: ██████████ BROOKSVILLE, FL 34601-3938, HERNANDO COUNTY
DOB: ████
Sex: Male
Age: 44
DL #: █████
Tag Number: █████

Earliest Registration Date: 4/1/2005
Latest Registration Date: 4/1/2005
Expiration Date: 1/15/2006
Decal Date: 2006

*Lien Holder(s)*
    None

**Vehicle:**
    Description: Blue 1980
    VIN: █████████████
    State Of Origin: FLORIDA
    Data Source: Governmental

*Owner(s)*
    Name: FREDDY LORENZO ADAMS
    Potential SSN 🛈: █████████
    Address: ██████████████ DADE CITY, FL 33523-2234, PASCO COUNTY
    DOB: ████████
    Sex: Male
    Age: 44
    DL #: ███████
    **Title Information**
        Title Number: ██████████
        Title Issue Date: 8/9/2001

*Registrant(s)*
    Record Type: EXPIRED
    Name: FREDDY LORENZO ADAMS
    Potential SSN 🛈: █████████
    Address: ██████████████ DADE CITY, FL 33523-2234, PASCO COUNTY
    DOB: ████████
    Sex: Male
    Age: 44
    DL #: ████████
    Tag Number: ██████
    Earliest Registration Date: 12/5/2000
    Latest Registration Date: 12/5/2000
    Expiration Date: 1/15/2002
    Decal Date: 2002

*Lien Holder(s)*
    None

**Vehicle:**
    Description: 1998 Nissan Maxima - Sedan 4 Door
    VIN: ████████████████
    State Of Origin: FLORIDA
    Engine: 6 Cylinder 182 Cubic Inch
    Restraints: Dual front air bags/active belts
    Anti Lock Brakes: ABS optional, wheels unknown
    Air Conditioning: Standard
    Daytime Running Lights: Not available
    Power Steering: Standard
    Power Brakes: Standard
    Power Windows: Standard
    Security System: Unknown
    Roof: None / not available
    Price: 21499
    Radio: AM/FM Cassette
    Front Wheel Drive: Yes
    Four Wheel Drive: No
    Tilt Wheel: Standard

Data Source: Non-Governmental
Source Date First Seen: 11/2/2015
Source Date Last Seen: 11/2/2015

*Owner(s)*
Name: FREDDY ADAMS
Address: ████████ PALATKA, FL 32178-1472, PUTNAM COUNTY
DOB: ████
Sex: Male
Age: 44
DL #: ████████
**Title Information**

*Lien Holder(s)*
None







**Voter Registration:**

Name: FREDDY L ADAMS SR
Address: ███████████ WILDWOOD, FL 34785-3953
DOB: ███████
Gender: Male
Ethnicity: BLACK
Last Vote Date: 11/8/2016
Registration Date: 4/28/1999
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: FREDDY L ADAMS SR
Address: ███████████ WILDWOOD, FL 34785-3953
DOB: ███████
Gender: Male
Last Vote Date: 11/3/2020
Registration Date: 4/28/1999
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: FREDDY L ADAMS
Address: ███████████ WILDWOOD, FL 34785-3953
DOB: ███████
Gender: Male
Ethnicity: BLACK
Last Vote Date: 11/8/2016

Registration Date: 4/28/1999
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: FREDDY L ADAMS SR
Address: ███████████ PALATKA, FL 32177-6428
DOB: ███
Gender: Male
Ethnicity: BLACK
Last Vote Date: 11/3/2020
Registration Date: 4/28/1999
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: FREDDY L ADAMS
Address: ███████████ DADE CITY, FL 33523-2234
DOB: ███
Gender: Male
Ethnicity: BLACK
Political Party: OTHER
State of Registration: Florida
Status: INACTIVE







