# EXHIBIT C

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**FREDDY LORENZO ADAMS**        CASE NO.:

**Plaintiff,**

**v.**

**LIFE CARE CENTERS OF AMERICA,
INC.
d/b/a LIFE CARE CENTER OF OCALA**

**Defendant.**

_____/

## DECLARATION OF JOSEPH M. JICHA IN SUPPORT OF
## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

STATE OF FLORIDA   )

COUNTY OF MARION)

I, Joseph M. Jicha, being over 18 years of age and competent to testify as to the following matters contained herein, declare and state as follows based upon personal knowledge:

1.    I am employed by Life Care Centers of America, Inc. ("Life Care"), in the position of Executive Director.

2.     The information contained in this Declaration is true and correct, and based on my personal knowledge and review of personnel and other corporate records maintained by Life Care in the regular course of business.

3.     Plaintiff, Freddy Lorenzo Adams, was employed by Life Care from December 28, 2022, to February 28, 2023. At the time of Plaintiff's separation from employment, he earned $17.00 per hour, and worked approximately 40 hours per week.

4.     Life Care has its principal place of business in Cleveland, Tennessee, and is organized under the laws of Tennessee.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of February 2024.

_____
Joseph M. Jicha