2/14/24, 11:09 AM — Marion County OCRS



GREGORY C. HARRELL • Clerk of Court and Comptroller • Marion County, Florida

New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 422024CA000073CAAXMX [24CA000073AX] | 01/13/2024 | Circuit Civil 3-C | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 01/13/2024 | OTHER CIVIL-DISCRIMINATION-EMPLOYMENT OR OTHER | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| SANDERS, GARY LAMAR | JUDGE | | |
| LIFE CARE CENTERS OF AMERICA,   Search This Party | DEFENDANT | | |
| D/B/A LIFE CARE CENTER OF OCAL   Search This Party | ALSO KNOWN AS | | |
| ADAMS, FREDDY L   Search This Party | PLAINTIFF | IMLER, JASON WILLIAM | 1004422 |

## Dockets [-]

Page : 1    |◄  ◄◄  ►►    ALL ∨

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 11 | 01/24/2024 | SUMMONS RETURNED SERVED ON LIFE CARE CENTERS OF AMERICA INC | 4 |
| 📄 | 10 | 01/24/2024 | NOTICE OF FILING PROOF OF SERVICE FILED BY PLTF | 2 |
| 📄 | 9 | 01/22/2024 | SUMMONS ISSUED | 3 |
| | 4 | 01/16/2024 | Payment received: $410.00 Receipt Number XX 921819 | |
| | 2 | 01/16/2024 | Judge: Assigned | |
| 📄 | 8 | 01/13/2024 | EFILED SUMMONS | 3 |
| 📄 | 7 | 01/13/2024 | PETITION/COMPLAINT | 12 |
| 📄 | 6 | 01/13/2024 | CIVIL COVER SHEET | 3 |
| | 5 | 01/13/2024 | Filer Selected Confidentiality Flag: NoConfidentialInformation | |
| | 3 | 01/13/2024 | Assessment 1 assessed at sum $410.00 | |
| | 1 | 01/13/2024 | Case 422024CA000073CAAXMX Filed with Clerk on 1/13/2024 | |

## Judge Assignment History [-]

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 01/16/2024 | - | SANDERS, GARY L | |

## Court Events [-]

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

## Financial Summary [-]

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $410.00 | Paid to Date: $410.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| | $410.00 | $410.00 | $0.00 | $0.00 | - |

## Reopen History [-]

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
| No records found. | | |

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

Privacy - Terms